IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LARRY SMITH, | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-62 |
| v. | |
| DR. SHARON LEWIS, et al., in their individual and official capacities, | |
| Defendants. | |

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 8.  No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DISMISSES** Plaintiff's claims against Defendants Turner, Coleman, and Yarborough, all claims for monetary damages against Defendants in their official capacities, and Plaintiff's injunctive relief claims against Defendant Cooper.  The Court also **DENIES** Plaintiff's request for preliminary injunctive relief.  Plaintiff's deliberate indifference to medical treatment claims against Defendants Cooper and Lewis remain pending.  Doc. 9.

**SO ORDERED**, this 4th day of January, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA